**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RONALD B. LEVIN,

    Plaintiff,

v.                                                                                  Case No. 2:13-cv-12650

BAYVIEW LOAN SERVICING, LLC,
a Delaware limited liability company,

    Defendant.
                                                    /

**ORDER ALLOWING DEPOSITION PAST DISCOVERY DEADLINE**

In this Fair Credit Reporting Act case, discovery is scheduled to conclude on December 31, 2013. On December 3, 2013, the attorneys contacted the court's case manager and informed her that a problem had arisen regarding an upcoming deposition of a Rule 30(b)(6) witness. The court conducted a telephone conference with the attorneys and then instructed them to continue working toward an amicable resolution of this issue. The following day, on December 4, 2013, the attorneys jointly called the court's clerk and informed her that they had agreed to move the deposition until January 23, 2014. All nonrefundable expenses incurred by Plaintiff as a result of moving the deposition will be paid upon Defendant's receipt of invoices, provided by Plaintiff, showing such expenses. The court will not move any deadlines as a result of this agreement, and the dispositive motion deadline and discovery deadline (with the exception of this one deposition) remain unaltered.

The court appreciates counsels' efforts to arrive at a compromise, and encourages them to maintain professional courtesy with one another in the future.

IT IS SO ORDERED.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 5, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 5, 2013, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522